[918 NE2d 954, 890 NYS2d 440]

In the Matter of THOMAS GILLEN, Appellant, v STEVEN D. CONKLING, as Treasurer of the County of Nassau, Respondent.

Decided October 27, 2009

830

APPEARANCES OF COUNSEL

*Kenneth Cooperstein*, Centerport, for appellant.

*Lorna B. Goodman, County Attorney*, Mineola (*Gil Nahmias* and *Dennis J. Saffran* of counsel), for respondent.

**OPINION OF THE COURT**

Appeal dismissed, without costs, upon the ground that the issues presented have become moot.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.